# Exhibit 1

**District 1**

## Case Summary

**Case No. 2024L003353**

| | | | |
|---|---|---|---|
| **Kaleigh Perez -vs- Midea America Corporation,Corelle Brands Acquisition Holdings, et al.** | § | Location: | **District 1** |
| | § | Judicial Officer: | **Calendar, H** |
| | § | Filed on: | **03/28/2024** |
| | § | Cook County Attorney Number: | **56079** |
| | § | Cook County Attorney Number: | **41737** |

---

### Case Information

| | |
|---|---|
| Case Type: | Product Liabilty - Jury |
| Case Status: | **03/28/2024  Pending** |
| Case Flags: | **Case on Bankruptcy Calendar** |

### Assignment Information

**Current Case Assignment**
Case Number     2024L003353
Court           District 1
Date Assigned   03/28/2024
Judicial Officer  Calendar, H

### Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Perez, Kaleigh** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **Corelle Brands Acquisition Holdings, et al.** | **Young, Timothy James** *Retained* |
| | **Midea America Corporation** | **Young, Timothy James** *Retained* |

### Events and Orders of the Court

08/26/2024  
  Place On Bankruptcy Calendar - Allowed -   (Judicial Officer: Dempsey, Maire Aileen)
    Party:   Plaintiff Perez, Kaleigh

08/26/2024  
  **Continued Case Management**  (10:00 AM)
    Resource: Location L2209 Court Room 2209
    Resource: Location D1 Richard J Daley Center
    **MINUTES - 08/26/2024**
                Place On Bankruptcy Calendar - Allowed -    (Judicial Officer: Dempsey, Maire Aileen)
                  Party:   Plaintiff Perez, Kaleigh
    Allowed;

08/22/2024  
  Motion Filed

## Case Summary

### Case No. 2024L003353

*Defendants' Unopposed Motion for Suggestion of Bankruptcy and Stay*
Party: Defendant Corelle Brands Acquisition Holdings, et al.
*Defendants' Unopposed Motion for Suggestion of Bankruptcy and Stay*

08/22/2024
Exhibits Filed
*Exhibit A*
Party: Defendant Corelle Brands Acquisition Holdings, et al.
*Exhibit A*

08/22/2024
Notice Of Motion Filed
*Notice of Motion*
Party: Defendant Corelle Brands Acquisition Holdings, et al.
*Notice of Motion*

06/24/2024
Case Continued For Case Management Conference - Allowed -     (Judicial Officer: Dempsey, Maire Aileen)
*@ 10am*
Party: Plaintiff Perez, Kaleigh
*@ 10am*

06/24/2024
**Continued Case Management**   (10:00 AM)
Resource: Location L2209 Court Room 2209
Resource: Location D1 Richard J Daley Center
**MINUTES - 06/24/2024**

Case Continued For Case Management Conference - Allowed -     (Judicial Officer: Dempsey, Maire Aileen)
*@ 10am*
Party: Plaintiff Perez, Kaleigh
*@ 10am*

**Continued Case Management**   (08/26/2024 at 10:00 AM)
Resource: Location L2209 Court Room 2209
Resource: Location D1 Richard J Daley Center
Allowed;

05/30/2024
Case Continued For Case Management Conference - Allowed -     (Judicial Officer: Dempsey, Maire Aileen)
*@ 10am*
Party: Plaintiff Perez, Kaleigh
*@ 10am*

05/30/2024 **First Time Case Management**   (9:00 AM)   (Judicial Officer: Dempsey, Maire Aileen)
Resource: Location L2209 Court Room 2209
Resource: Location D1 Richard J Daley Center

04/29/2024
Electronic Notice Sent
Party: Defendant Midea America Corporation
Party 2: Attorney LaClair, Jordan William

04/29/2024
Electronic Notice Sent
Party: Defendant Midea America Corporation
Party 2: Attorney Mason, Alec

04/29/2024
Electronic Notice Sent
Party: Defendant Midea America Corporation
Party 2: Attorney Young, Timothy James

04/26/2024
Notice Filed
*Defendants' Notice of Bankruptcy Stay*
Party: Defendant Corelle Brands Acquisition Holdings, et al.
*Defendants' Notice of Bankruptcy Stay*

District 1

## Case Summary

**Case No. 2024L003353**

04/26/2024
Notice Filed
*Notice of Filing*
Party: Defendant Corelle Brands Acquisition Holdings, et al.
*Notice of Filing*

04/26/2024
Electronic Notice Sent
Party: Plaintiff Perez, Kaleigh
Party 2: Attorney Cesarone, Frank Vincent

04/26/2024
Electronic Notice Sent
Party: Plaintiff Perez, Kaleigh
Party 2: Attorney Cesarone, Frank Vincent

04/26/2024
Electronic Notice Sent
Party: Plaintiff Perez, Kaleigh
Party 2: Attorney Flowers, Peter John

04/26/2024
Electronic Notice Sent
Party: Defendant Corelle Brands Acquisition Holdings, et al.
Party 2: Attorney LaClair, Jordan William

04/26/2024
Electronic Notice Sent
Party: Defendant Corelle Brands Acquisition Holdings, et al.
Party 2: Attorney Mason, Alec

04/26/2024
Electronic Notice Sent
Party: Defendant Corelle Brands Acquisition Holdings, et al.
Party 2: Attorney Young, Timothy James

04/23/2024
Affidavit Filed
*Amended Suggestion of Bankruptcy*
Party: Defendant Corelle Brands Acquisition Holdings, et al.
*Amended Suggestion of Bankruptcy*

04/23/2024
Notice Filed
*Notice of Filing*
Party: Defendant Corelle Brands Acquisition Holdings, et al.
*Notice of Filing*

04/12/2024
Appearance Filed - Fee Paid - (Jury Demand)
*Appearance and Jury Demand of All Defendants*
Party: Defendant Corelle Brands Acquisition Holdings, et al.
Party 2: Attorney Young, Timothy James
*Appearance and Jury Demand of All Defendants*

04/12/2024
Affidavit Filed
*Suggestion of Bankruptcy*
Party: Defendant Corelle Brands Acquisition Holdings, et al.
Party 2: Attorney Young, Timothy James
*Suggestion of Bankruptcy*

04/12/2024
Notice Filed
*Notice of Filing*
Party: Defendant Corelle Brands Acquisition Holdings, et al.
Party 2: Attorney Young, Timothy James
*Notice of Filing*

**District 1**

## Case Summary

**Case No. 2024L003353**

04/04/2024
Certificate Filed
*Certificate of Service by Private Process Server - Service of complaint and summons on defendant, Midea America*
Party: Plaintiff Perez, Kaleigh
*Certificate of Service by Private Process Server - Service of complaint and summons on defendant, Midea America*

04/04/2024
Certificate Filed
*Certificate of Service by Private Process Server - Service of complaint and summons on defendant, Corelle Brands*
Party: Plaintiff Perez, Kaleigh
*Certificate of Service by Private Process Server - Service of complaint and summons on defendant, Corelle Brands*

03/28/2024 New Case Filing

03/28/2024
Exhibits Filed
*Civil Action Cover Sheet*
Party: Plaintiff Perez, Kaleigh
Party 2: Attorney Cesarone, Frank Vincent
*Civil Action Cover Sheet*

03/28/2024
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
*Plaintiff's Complaint at Law and Jury Demand*
Party: Plaintiff Perez, Kaleigh
Party 2: Attorney Cesarone, Frank Vincent
*Plaintiff's Complaint at Law and Jury Demand*

03/28/2024 
Summons Issued And Returnable
*Summons to Corelle Brands Acquisition Holdings, et al,*
Party: Plaintiff Perez, Kaleigh
Party 2: Attorney Cesarone, Frank Vincent
*Summons to Corelle Brands Acquisition Holdings, et al,*

03/28/2024 
Summons Issued And Returnable
*Summons to Midea America Corporation*
Party: Plaintiff Perez, Kaleigh
Party 2: Attorney Cesarone, Frank Vincent
*Summons to Midea America Corporation*